

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:22-CR-00126
**26 U.S.C. § 7206(1)**

**CHRISTOPHER DANIELS**

## INFORMATION

The United States Attorney Charges:

On or about January 31, 2018, at or near Vienna, Wood County, West Virginia, in the Southern District of West Virginia, defendant CHRISTOPHER DANIELS willfully made and subscribed a false 2017 U.S. Individual Income Tax Return that contained and was verified by a written declaration that it was made under penalties of perjury, and which he did not believe to be true and correct as to every material matter, in that in his 2017 U.S. Individual Income Tax Return, defendant CHRISTOPHER DANIELS reported a total taxable income of a loss of $18,989.00, when in fact, as he then and there well knew and believed, his total taxable income was $187,771.00.

In violation of Title 26, United States Code, Section 7206(1).

WILLIAM S. THOMPSON
United States Attorney

By: *Kathleen Roberson*
KATHLEEN E. ROBESON
Assistant United States Attorney